GEORGE H. JAMES, as President of The Taxpayers Civic Alliance of Tuckahoe, New York, Respondent, v. HOTEL GRAMATAN, INC., and B. C. BISLAND-FREDERICK, Appellants. (Appeal No. 2.) — Order granting plaintiff's motion to preclude defendants from giving, on the trial, evidence of certain items set forth in plaintiff's demand for a bill of particulars dated January 20, 1937, modified by eliminating from item 3 of the demand the words " if oral, set forth the substance thereof," and by striking out the provision requiring the individual defendant to serve a further bill of particulars. As so modified, the order is affirmed, without costs; the further bill of particulars to be served by the corporate defendant within ten days from the entry of the order hereon, by way of avoiding the order of preclusion from becoming absolute. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

WILLIAM KLEIN and ANNA KLEIN, Appellants, v. MADDEN APARTMENTS, INC., and KINGSBORO MORTGAGE CORPORATION, Respondents.— In an action for a declaratory judgment to the effect that a mortgage for the sum of $3,750, held by appellants upon certain real property, is prior in lien to the mortgage of $41,000 thereon, held by defendant Kingsboro Mortgage Corporation, order denying plaintiffs' motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

SADIE MEYEROWITZ, Appellant, v. LEON WOLOSOFF, ELSIE WOLOSOFF and ST. ALBANS LAWNS, INC., Respondents.— In an action to set aside as fraudulent an agreement distributing the assets of a corporation among its stockholders, judgment discontinuing the action as against defendant A. B. Wolosoff and dismissing the complaint for failure of proof as to the remaining defendants unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.